**DECHERT LLP**  
Neil A. Steiner  
1095 Avenue of Americas  
New York, New York 10036  
(212) 698-3500  
(212) 698-3599 (fax)  

*Attorneys for Defendant*  
*Equity Trading Portfolio Limited*  

**Hearing Date:** December 20, 2023 at 10:00AM  
**Objection Deadline:** December 1, 2023  
**Reply Deadline:** December 11, 2023  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> -against- <br><br> BERNARD L. MADOFF SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> -against- <br><br> EQUITY TRADING PORTFOLIO LIMITED, <br><br> Defendant. | Adv. Pro. No. 10-04457 (BRL) |

**DECHERT LLP'S NOTICE OF MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT EQUITY TRADING PORTFOLIO LIMITED**

**PLEASE TAKE NOTICE** that, upon the accompanying supporting Affidavit and the

Memorandum of Law in support of Dechert LLP's Motion to Withdraw as Counsel for Defendant

Equity Trading Portfolio Limited ("Equity Trading"), Dechert LLP ("Firm") will move before the

Honorable Cecelia G. Morris, United States Bankruptcy Judge, Southern District of New York, pursuant Local Bankruptcy Rule 2090–1(e), for an order permitting the Firm's withdrawal as counsel for Equity Trading.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Cecelia G. Morris. United States Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, to be conducted virtually by Zoom, on **December 20, 2023 at 10:00 a.m.** (Eastern Time), or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion shall be due on or before **December 1, 2023**. Any reply brief will be filed on or before **December 11, 2023.**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules, shall either: a) be filed with the Bankruptcy Court by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov); or b) be filed with the Bankruptcy Court at casefiling@nysb.uscourts.gov in a text-searchable portable document format (PDF) in accordance with the customary practices of the Bankruptcy Court and General Orders M-399 and M-543.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the hearing on **December 20, 2023 at 10:00 a.m.**, and failure to appear may result in relief being granted.

                                                          Respectfully submitted,

                                                          **DECHERT LLP**

Dated:  New York, New York                         */s/ Neil A. Steiner*  
            November 2, 2023                             Neil A. Steiner  
                                                            1095 Avenue of Americas  
                                                             New York, New York 10036  
                                                             (212) 698-3500  
                                                             (212) 698-3599 (fax)

                                                             *Attorneys for Defendant*  
                                                             *Equity Trading Portfolio Limited*